IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD E. ADAMS, | No. C 10-03076 CW (PR) |
| Plaintiff, | ORDER OF TRANSFER |
| v. | |
| OFFICER MCCLURE, et al., | |
| Defendants. | |

Plaintiff, a state prisoner, has filed a pro se civil rights action pursuant to 42 U.S.C. § 1983 and a completed application for in forma pauperis status.

When jurisdiction is not founded solely on diversity, venue is proper in the district in which (1) any defendant resides, if all of the defendants reside in the same State, (2) the district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought. See 28 U.S.C. § 1391(b).

The acts complained of occurred at the Chuckawalla Valley State Prison, which is located in the Eastern Division of the Central District of California, and it appears that Defendants reside in that district. Venue, therefore, properly lies in that district and not in this one. See id.

1  Accordingly, in the interest of justice and pursuant to 28
2  U.S.C. § 1406(a), this action is TRANSFERRED to the Eastern
3  Division of the United States District Court for the Central
4  District of California.  The Clerk of the Court shall transfer the
5  case forthwith.
6  All remaining motion are TERMINATED on this Court's docket as
7  no longer pending in this district.
8  IT IS SO ORDERED.
9  Dated:   7/29/2010

                                              CLAUDIA WILKEN
                                              UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD E. ADAMS,<br><br>    Plaintiff,<br><br>  v.<br><br>MCCLURE et al,<br><br>    Defendant. | Case Number: CV10-03076 CW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 29, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Richard E. Adams G33436
Chuckawalla Valley State Prison
P.O. Box 2349
Blythe, CA 92226

Dated: July 29, 2010

Richard W. Wieking, Clerk
By: Nikki Riley, Deputy Clerk

3