"O"

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

DEC 2 8 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD E. ADAMS,<br><br>              Plaintiff,<br><br>vs.<br><br>OFFICER McCLURE, et al.,<br><br>              Defendants. | Case No. EDCV 10-1136-MMM (RNB)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered dismissing this action with prejudice.

DATED: December 21, 2010

MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE