ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
DEC 28 2010
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

JS-6 ENTERED
FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
DEC 2 8 2010
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

RICHARD E. ADAMS,

        Plaintiff,

vs.

OFFICER McCLURE, et al.,

        Defendants.

Case No. EDCV 10-1136-MMM (RNB)

**JUDGMENT**

    Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED:   December 21, 2010

*Margaret M. Morrow*
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE